1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA ZBITNOFF,

      Plaintiff,

  v.

NATIONSTAR DEED OF TRUST , LLC,
CITIBANK, N.A. AS TRUSTEE FOR
LEHMAN XS TRUST 2006-5, DOES 1
THROUGH 100, INCLUSIVE,

      Defendants.

_____/

No. C 16-04237 WHA

**ORDER GRANTING LEAVE TO
FILE AMENDED COMPLAINT**

A prior order related this case to an earlier action, *Zbitnoff v. Nationstar Mortgage LLC, et al.,* No. 13-05221 WHA.  On August 19, 2016, plaintiff filed a motion for leave to amend her complaint, but incorrectly filed the motion in the related case (No. 13-05221 WHA).

The motion for leave to amend is **GRANTED**.  Plaintiff may file an amended complaint by **SEPTEMBER 21, 2016.**  The motion to dismiss will be held in abeyance pending the filing of an amended complaint.  Within two days of the filing of an amended complaint, defendants shall please state whether the motion to dismiss should be denied as moot without prejudice to a renewed motion directed at the amended pleading or if defendants would prefer to continue with the present motion and address the amendments in the reply.  In either case, a new briefing schedule and hearing date will be set.  The hearing scheduled for September 22, 2016, is **VACATED**.

**United States District Court**
For the Northern District of California

1  Pro se plaintiff is advised that she may seek assistance from the Legal Help Center, a

2 free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing

3 up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450

4 Golden Gate Avenue, San Francisco, California.  At the Legal Help Center, plaintiff will be

5 able to speak with an attorney who may be able to provide basic legal help, but not

6 representation.  More information is available online at:  http://cand.uscourts.gov/helpcentersf.

7 Plaintiff may also wish to obtain a copy of the district court's Handbook for Litigants Without a

8 Lawyer.  It provides instructions on how to proceed at every stage of your case, including

9 discovery, motions, and trial.  The handbook is available in person at the Clerk's Office and

10 online at: http://cand.uscourts.gov/prosehandbook.

11

12  **IT IS SO ORDERED.**

13

14 Dated:  August 31, 2016.



15  WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28