**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA ZBITNOFF,

      Plaintiff,

  v.

NATIONSTAR DEED OF TRUST, LLC;
CITIBANK, N.A. as Trustee for Lehman XS
Trust 2006-5; WILMINGTON TRUST, N.A., as
Trustee for Lehman XS Trust 2006-5; ALL
PERSONS UNKNOWN CLAIMING ANY
LEGAL OR EQUITABLE RIGHT, TITLE
ESTATE LIEN OR INTEREST IN THE
PROPERTY DESCRIBED IN THE
COMPLAINT ADVERSE TO PLAINTIFF'S
TITLE, OR ANY CLOUD ON PLAINTIFF'S
TITLE THERETO, and DOES 1 THROUGH 100,
INCLUSIVE,

      Defendants.

                               /

No. C 16-04237 WHA

**JUDGMENT**

      For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Nationstar Mortgage, LLC, Citibank, N.A., and Wilmington Trust, N.A., and against plaintiff Anna Zbitnoff.  The Clerk **SHALL CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated:   November 10, 2016.

                         WILLIAM ALSUP
                         UNITED STATES DISTRICT JUDGE